JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | SA CV09-0141 DOC(ANx) | Date  March 23, 2010 |

Title   CALIFORNIA PHARMACY MANAGEMENT LLC -V- REDWOOD FIRE AND CASUALTY INSURANCE COMPANY, ET. AL.,

Present: The Honorable    DAVID O. CARTER

| Kristee Hopkins | NONE PRESENT | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE | NONE |

Proceedings:    (In Chambers)    ORDER DISMISSING CONSOLIDATED CASE

On November 9, 2009, this matter was consolidated into Lead Case SACV09-242 DOC(ANx): California Pharmacy Management LLC v. Zenith Insurance Company, et. al.,

Accordingly, the Court orders the above-entitled action dismissed.

                                                                  :    0

Initials of Preparer   kh